IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TAMMIE SANDERS,<br><br>    Plaintiff,<br><br>v.<br><br>BAPTIST MEMORIAL HEALTH CARE CORPORATION,<br><br>    Defendant. | No. 2:24-cv-02367-SHL-tmp |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's complaint (ECF No. 1), filed June 3, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 30), filed August 14, 2025, all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 14, 2025
Date