IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DJIBRIL H. SAMASSA, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. No. 2:25-cv-02779-SHL-cgc |
| ) | |
| ANTHONY ALEXANDER, ) | |
| Respondent. ) | |

**ORDER VACATING JUDGMENT, REOPENING CASE,
DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING
PETITIONER TO PAY THE HABEAS FILING FEE**

On August 4, 2025, Petitioner Djibril H. Samassa, identification number 499388, who is incarcerated at the Shelby County Division of Corrections in Memphis, Tennessee, filed a *pro se* petition pursuant to 28 U.S.C. § 2241 (ECF No. 1) and a motion for leave to proceed *in forma pauperis* (ECF No. 4). Petitioner failed to pay the habeas filing fee or submit a certified copy of his inmate trust fund account statement.

On August 18, 2025, the Court ordered Samassa to either pay the $5.00 habeas filing fee or submit a certified copy of his inmate trust fund account statement for the last six months within thirty days of entry of the Order. (ECF No. 5.) The Court advised Samassa that, if his inmate trust account had a balance of at least $25.00 on the date his petition was filed, an application to proceed *in forma pauperis* would be denied. (*Id.* at PageID 14 n.1.)

Samassa was warned that if he "fails to abide by this requirement or any other requirement of this Order in a timely manner, the Court may impose appropriate sanctions, up to and including dismissal of this action, without further notice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b)." (*Id.* at PageID 15.)

On September 19, 2025, the Court dismissed the case without prejudice after Samassa failed to timely pay the habeas filing fee or file a certified copy of his trust fund account statement and entered judgment. (ECF Nos. 8 & 9.) Samassa then filed a copy of his trust fund account statement on September 25, 2025. (ECF No. 10.)

For this reason, the Court **VACATES** the judgment and **REOPENS** the case. Because Samassa's trust fund account statement shows a balance in his inmate trust account as $66.76, which is more than sufficient to pay the $5.00 habeas filing fee, the IFP Motion (ECF No. 4) is **DENIED**.

Samassa is **ORDERED** to pay the $5.00 habeas filing fee within thirty days of the entry of this Order. Failure to pay the fee in a timely manner will result in the dismissal of this action without further notice pursuant to Federal Rule Civil Procedure 41(b) for failure to prosecute and for failure to comply with this Order.

**IT IS SO ORDERED,** this 30th day of September, 2025.

                                             s/ Sheryl H. Lipman  
                                             SHERYL H. LIPMAN  
                                             CHIEF UNITED STATES DISTRICT JUDGE