# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DJIBRIL H. SAMASSA, | ) |
|     Petitioner, | ) |
| v. | ) Civ. No. 2:25-cv-02779-SHL-cgc |
| ANTHONY ALEXANDER, | ) |
|     Respondent. | ) |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Djibril H. Samassa's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1), filed August 4, 2025,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Dismissing § 2241 Petition Without Prejudice for Failure to Prosecute, Denying Certificate of Appealability, and Denying Leave to Proceed In Forma Pauperis on Appeal (ECF No. 12), filed December 3, 2025, Petitioner's claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

December 3, 2025
Date